IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01320 EWN-MJW

Diedre Scott

    Plaintiff,

v.

CITY OF ENGLEWOOD ENGLEWOOD POLICE DEPARTMENT; CHRIS OLSON; TOM VANDERMEE; STEVE KNOLL; KELLY MARTIN; JOHN COLLINS; AND SUE EATON, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES

    Defendants.

---

ORDER
(Docket No. 41)

---

Upon review of the information submitted by the parties in this matter, it is hereby ORDERED that the Stipulated Motion for Stay of Proceedings is GRANTED pending finalization of a settlement agreement. However, if the parties have not finalized a settlement by January 9, 2006, then the parties are granted a one month extension of time from January 9, 2006, within which to comply with the deadlines identified in the Scheduling Order or in subsequent court orders.

Dated: January 3, 2006   BY: _____
                              MICHAEL J. WATANABE
                              U.S. MAGISTRATE JUDGE

G:\Englewood\Diedre Scott v Englewood et al\p\05-12-27 Order Granting Stay Clean.doc