# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1320 EWN-MJW

DIEDRE SCOTT,

    Plaintiff,

v.

CITY OF ENGLEWOOD, ENGLEWOOD POLICE DEPARTMENT; CHRIS OLSON; TOM VANDERMEE, STEVE KNOLL, KELLY MARTIN, JOHN COLLINS; AND SUE EATON, in their individual and official capacities,

    Defendants.

_____

## ORDER
_____

**THIS MATTER** having come before the Court on the parties' Stipulation to Dismiss with Prejudice,

**IT IS ORDERED** that the suit is dismissed with prejudice, all parties to pay their own costs and attorneys' fees.

**DATED** this 31st day of January, 2006.

                      BY THE COURT:

                      s/ Edward W. Nottingham
                      EDWARD W. NOTTINGHAM
                      United States District Judge